UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elizabeth Rollins

       v.                          Civil No. 10-cv-229-LM

Firstsource Advantage, LLC, et al

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

October 19, 2010                                     /s/ Landya B. McCafferty
                                                          Landya B. McCafferty
                                                          United States Magistrate Judge

cc:     James D. Kelly, Esq.